AO 9... 5/85) Search Warrant

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

One Samsung Cellular Telephone
Model Number SPH-A620
FCC ID A3LSPHA620
Number 04003322862
Number 2832B3EE

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0320

TO: Special Agent Theodore Dekreek of ICE _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___ SA Theodore Dekreek of ICE ___ . who has reason to
_____ Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

**See Attachment A**

in the Southern District of California there is now concealed a certain person or property, namely (describe the
person or property)

**The items specified in Attachment B which are the fruits, instrumentalities and evidence concerning
violations of Title 8, United States Code, Sections 1324.**

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _2/11/08_
_____ Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search in the daytime – 6:00 A.M. to 10:00 P.M. and if the person or property be found there to
seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written
inventory of the person or property seized and promptly return this warrant to the issuing U. S. Magistrate Judge,
as required by law.

_2/1/08 at 3:15 pm_       at        San Diego, California
Date and Time Issued                 City and State

United States Magistrate Barbara L. Major
Name and Title of Judicial Officer          Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/1/08 | 2/4/08, 12:30 P.M. | AUSA TO DEFENSE COUNSEL — SUBJECT IN CUSTODY MCC |

INVENTORY MADE IN THE PRESENCE OF

ICE S/A M. MORGAN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

ONE SAMSUNG CELLULAR TELEPHONE
MODEL NUMBER SPH - A620
FCC ID A3LSPHA620
NUMBER 04003322B62
NUMBER 2832B3EE

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Todd Delmuth_

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate

FEB 1 1 2008
Date